UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :   11cr184 (DLC)
UNITED STATES OF AMERICA,                 :
                                          :   ORDER
            -v-                           :
                                          :
GREGORY PLASKETT,                         :
                          Defendant.      :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    Having received Gregory Plaskett's November 17, 2021 motion for compassionate release, it is hereby

    ORDERED that the Government shall respond to Plaskett's motion for compassionate release by **January 7, 2022**. The response shall include the portions of Plaskett's Bureau of Prisons medical records that address the health concerns raised in Plaskett's motion. The response shall also include any Bureau of Prisons material relevant to assessing Plaskett's rehabilitation, such as his disciplinary record, records of programs completed, employment history, and any risk assessments.

    IT IS FURTHER ORDERED that Plaskett shall file any reply by **January 21, 2022.**

Dated:   New York, New York
         November 18, 2021

                                          _____
                                                DENISE COTE
                                          United States District Judge