```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    11cr184-2 (DLC)
                                     :
                -v-                  :         ORDER
                                     :
GREGORY PLASKETT,                    :
                    Defendant.       :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On June 22, 2012, Gregory Plaskett was sentenced principally to 360 months' imprisonment. On January 28, 2022, this Court denied his motion for compassionate release. In an application filed on April 1, 2025, Plaskett again seeks compassionate release, specifically a sentence of time served, due to the failure of the Bureau of Prisons to treat his pain and complications from a surgically repaired humeral fracture. Accordingly, it is hereby

ORDERED that the Government shall obtain the pertinent medical records regarding Plaskett's care for this condition and provide by November 14, 2025 its recommendation on this renewed request.

Dated:   New York, New York
         September 23, 2025

                                     _____
                                            DENISE COTE
                                     United States District Judge