```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :    11cr184-2 (DLC)
UNITED STATES OF AMERICA,                  :
                                           :         ORDER
              -v-                          :
                                           :
GREGORY PLASKETT,                          :
                        Defendant.         :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

The Government having filed its opposition to the defendant's motion for compassionate release on November 14, 2025, it is hereby

ORDERED that the defendant shall file any reply to the opposition by December 19, 2025.

Dated:   New York, New York
         November 17, 2025

                                                                    DENISE COTE
                                      United States District Judge