UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
 UNITED STATES OF AMERICA,                :
                                          :        11cr184 (DLC)
               -v-                        :
                                          :
 GREGORY PLASKETT,                        :    MEMORANDUM OPINION
                                          :        AND ORDER
                    Defendant.            :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     Gregory Plaskett has made a second request for

compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).

His request is denied.

     On March 8, 2012, Plaskett pled guilty to conspiring to

distribute crack cocaine in violation of 21 U.S.C. § 846 and

using a firearm in relation to a crime of violence in violation

of 18 U.S.C. § 924(j).  Plaskett was sentenced to 360 months'

imprisonment.  He is scheduled for release on November 5, 2035.

     On January 28, 2022, the Court denied Plaskett's first

motion for compassionate release.  United States v. Plaskett,

No. 11-cr-184, 2022 WL 268975 (S.D.N.Y. Jan. 28, 2022).  On

April 1, 2025, Plaskett, assisted by counsel, filed a second

motion for compassionate release due to medical neglect of a

surgically repaired humeral fracture that occurred in prison in

2021.  The Government opposed the motion on November 14, and the

defendant filed his reply on December 19.

It does not appear that Plaskett has exhausted his administrative remedies in making this second request for compassionate release.  He appears to rely instead on his prior exhaustion of those remedies.  In any event, the motion is denied for failure to show extraordinary and compelling reasons for compassionate release and, independently, because the § 3553(a) factors weigh strongly against it.  The legal standards are set forth in the January 28, 2022 decision and incorporated here.

Plaskett asserts that neglect of his medical condition has placed him at risk of permanent damage.  His left upper arm was surgically repaired after he injured that arm in a fall in 2021. A November 2023 CT scan revealed that a surgical screw is protruding into his flesh.  Plaskett experiences pain as a result of this injury and its surgical repair.  Medical records from the Bureau of Prisons indicate that he was examined several times in 2024 and 2025, instructed on exercises he should perform, and given medication.  On October 21, 2025, he was given an orthopedic surgery evaluation for his left arm pain and scheduled for a neurology appointment to occur in January. Plasket complains that the medications he has been prescribed have had only a limited effect and he is at risk of permanent

nerve damage.  He complains as well that he has been waiting for surgery for four years.

Plaskett's medical complaint is not extraordinary and compelling.  It is being addressed by the BOP, even if his treatment is not as expeditious as he would like.  Moreover, as explained in the January 28, 2022 Opinion, the § 3553(a) factors weigh against this motion.  Plaskett was involved in the murder of a criminal associate and rival in the drug business.  Despite the seriousness of his conduct, he was sentenced at the bottom of the guidelines range that applied to the lesser offenses to which he pleaded guilty.  No further reduction in his sentence is warranted.  Accordingly, it is hereby

ORDERED that Plaskett's April 1, 2025 motion for compassionate release is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall mail Plaskett a copy of this Order and note mailing on the docket.

Dated:    New York, New York
          January 14, 2026

_____
DENISE COTE
United States District Judge

3